# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD OTIS BOYD, II,<br><br>    Plaintiff<br><br>v.<br><br>MB PROSOUND AND STAGING, INC.,<br><br>    Defendant | Case No.: 2:23-cv-02092-APG-VCF<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant MB Prosound and Staging Inc.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant MB Prosound and Staging Inc. as required by that rule.

I FURTHER ORDER that plaintiff Ronald Boyd's certificate of interested parties (ECF No. 4) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of the plaintiff as required by that rule.

I FURTHER ORDER the parties to file proper certificates of interested parties by January 12, 2024.

DATED this 2nd day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE