**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD OTIS BOYD, II, | Case No.: 2:23-cv-02092-APG-VCF |
| Plaintiff | **Order for Certificate of Interested Parties** |
| v. | |
| MB PROSOUND AND STAGING, INC., | |
| Defendant | |

I previously struck plaintiff Ronald Boyd's certificate of interested parties (ECF No. 4) for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2) because the certificate did not identify the citizenship of the plaintiff as required by that rule. ECF No. 6.  I ordered the plaintiff to file a corrected certificate of interested parties by January 12, 2024.  The plaintiff did not do so.

I THEREFORE ORDER the plaintiff to file a proper certificate of interested parties by January 24, 2024.  Failure to comply with this order may result in sanctions, including dismissal.

DATED this 17th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE