Mark C. Severino, Esq.
Nevada Bar No. 14117
Taylor A. Buono, Esq.
Nevada Bar No. 15513
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Mark.Severino@wilsonelser.com
Taylor.Buono@wilsonelser.com
*Attorneys for Defendant*
*MB Prosound and Staging, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD OTIS BOYD II, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MB PROSOUND AND STAGING, INC., a Foreign Corporation; DOE DEFENDANTS I-XX, inclusive; DOE MB PROSOUND EMPLOYEES I-XX; and ROE CORPORATIONS I-XX, inclusive,<br><br>Defendant(s). | Case No. 2:23-cv-02092-APG-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES AND AMEND CURRENT DISCOVERY PLAN AND SCHEDULING ORDER [ECF No. 15].**<br><br>**First Request** |

The parties hereby stipulate and agree, subject to this Court's approval, to extend the current discovery deadlines and amend the Discovery Plan and Scheduling Order (ECF No. 15) by ninety (90) days. This is the first request to extend the discovery deadlines in this matter. The parties are in agreement that the requested extension is in the interest of all parties to allow the parties to efficiently litigate this case. The parties submit that this extension is sought in good faith and will not unduly delay these proceedings.

**I.      Discovery Completed To Date**

1. Plaintiff served his initial disclosures on January 26, 2024.

2. Defendant served its initial disclosure on January 24, 2024.

3. Defendant served Plaintiff with record authorizations to be signed and returned on February 16, 2024. Plaintiff provided authorizations on March 19, 2024.

294419449v.1

4. On February 16, 2024, Defendant served written discovery requests on Plaintiff, including interrogatories and requests for production of documents. Responses are due on March 22, 2024 pursuant to an agreed-upon extension.

5. On February 23, 2024, Plaintiff served a Subpoena Duces Tecum to ESPN Productions, Inc. for video footage of the incident.

6. On March 11, 2024, Plaintiff served written discovery requests on Defendant, including interrogatories and requests for production of documents. Responses are due on April 10, 2024.

7. Parties are in the process of scheduling party depositions, but need to complete written discovery first.

**II.     Discovery Left to Be Completed**

1. Expert discovery.

2. Treating doctor depositions.

3. Plaintiff's deposition.

4. Defendant's deposition (30(b)(6)).

5. Other percipient witnesses as needed.

**III.    Reasons for Requested Extension**

Shortly after the Discovery Plan and Scheduling Order was adopted in this matter, Defendant issued discovery requests seeking HIPPA authorizations to obtain Plaintiff's complete medical records to use in expert review. Plaintiff provided authorizations on March 19, 2024. Additional time will be necessary to gather complete medical records and allow for sufficient expert review of records. The parties also need to complete written discovery before party depositions case be completed. Accordingly, the parties respectfully request a brief ninety-day extension to complete all necessary discovery.

///

///

///

-2-

294419449v.1

|  | Current | Proposed |
|---|---|---|
| Amend Pleadings/Add Parties | April 11, 2024 | July 10, 2024 |
| Initial Expert Disclosures | April 11. 2024 | July 10, 2024 |
| Rebuttal Expert Disclosures | June 10, 2024 | September 9, 2024 |
| Dispositive Motions | August 9, 2024 | November 7, 2024 |
| Joint Pretrial Order[1] | September 9, 2024 | December 9, 2024 |

**IV.   Current and Proposed Deadlines**

Accordingly, the parties respectfully request that the Court enter an order approving the proposed discovery schedule as set forth above. This request is made in good faith and will not cause undue delay.

DATED March 19, 2024                                    DATED March 19, 2024

**MAINOR ELLIS, LLP**                                  **WILSON, ELSER, MOSKOWITZ**
                                                        **EDELMAN & DICKER, LLP**

/s/      Adam Ellis                                     /s/      Taylor A. Buono
Bradley S. Mainor, Esq.                                 Mark C. Severino, Esq.
Nevada Bar No. 7434                                     Nevada Bar No. 14117
Adam Ellis, Esq.                                        Taylor A. Buono, Esq.
Nevada Bar No. 14514                                    Nevada Bar No. 15513
8367 W. Flamingo Road, Suite 200                        6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89147                                     Las Vegas, NV 89119
*Attorneys for Plaintiff*                               *Attorneys for Defendant*


**IT IS SO ORDERED.**

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE
                                                        Date: 3-21-24

---

[1] In the event a dispositive motion is timely filed, the date for filing the joint pre-trial order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motion, or otherwise by further Court order.

-3-