BRADLEY S. MAINOR, ESQ. (#7434)
 *brad@me-injury.com*
ADAM ELLIS, ESQ. (#14514)
 *adam@me-injury.com*
TAYLOR K. CALMELAT, ESQ. (#16681)
 *taylor@me-injury.com*
**MAINOR ELLIS INJURY LAWYERS**
8367 W. Flamingo Rd., Suite 200
Las Vegas, Nevada 89147
Tel. 702-450-5000 | Fax 702-733-1106
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD OTIS BOYD II, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>MB PROSOUND AND STAGING, INC., a Foreign Corporation; DOE DEFENDANTS I – XX, inclusive; DOE MB PROSOUND EMPLOYEES I – XX; and ROE CORPORATIONS I – XX, inclusive,<br><br>    Defendants. | CASE NO.:  2:23-cv-02092-APG-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES AND AMEND CURRENT DISCOVERY PLAN AND SCHEDULING ORDER [ECF No. 20].**<br><br>**Third Request** |

The parties hereby stipulate and agree, subject to this Court's approval, to extend the current discovery deadlines and amend the Discovery Plan and Scheduling Order (ECF No. 20) by ninety (90) days. This is the third request to extend the discovery deadlines in this matter. The parties are in agreement that the requested extension is in the interest of all parties to allow the parties to efficiently litigate this case. The parties submit that this extension is sought in good faith and will not unduly delay these proceedings.

**I.    Discovery Completed to Date**

1. Plaintiff served his initial disclosures on January 26, 2024.

2. Defendant served its initial disclosure on January 24, 2024.

3. On February 13, 2024, Plaintiff served his first supplemental disclosure.

4. Defendant served Plaintiff with record authorizations to be signed and returned on February 16, 2024. Plaintiff provided authorizations on March 19, 2024.
5. On February 23, 2024, Plaintiff served a Subpoena Duces Tecum to ESPN Productions, Inc. for video footage of the incident.
6. On March 22, 2024, Plaintiff responded to written discovery requests served by Defendant.
7. On March 22, 2024, Plaintiff served his second supplemental disclosure.
8. On April 10, 2024, Defendant responded to written discovery request served by Plaintiff.
9. On April 12, 2024, Defendant conducted Plaintiff's deposition.
10. On April 23, 2024, Defendant served its first supplemental disclosure.
11. On May 9, 2024, Defendant served its second supplemental disclosure.
12. On May 22, 2024, Defendant served its third supplemental disclosure.
13. On May 23, 2024, Defendant served its fourth supplemental disclosure.
14. On June 3, 2024, Defendant served its fifth supplemental disclosure.
15. On June 14, 2024, Plaintiff served his third supplemental disclosure.
16. On June 17, 2024, Defendant served its sixth supplemental disclosure.
17. On July 24, 2024, Defendant issued a subpoena duces tecum to Don Nobis Progressive Physical Therapy.
18. On July 30, 2024, Defendant served its seventh supplemental disclosure.
19. On August 27, 2024, Plaintiff served his fourth supplemental disclosure.
20. On September 9, 2024, Plaintiff disclosed his expert witnesses.
21. On September 9, 2024, Defendant disclosed its expert witnesses.
22. On October 3, 2024, Plaintiff took the deposition of Jim Cutshall.
23. On October 9, 2024, Plaintiff took the deposition of Robert Martinez, Jr.
24. The parties are preparing a stipulation regarding liability.

///

**II.     Discovery Left to Be Completed**

1. Expert depositions.

2. Other percipient witnesses as needed.

**III.    Reasons for Requested Extension**

The parties are working together amicably to complete the necessary discovery in this case. They are in the process of scheduling a private mediation. Given the nature and anticipated expense of the discovery remaining to be completed, the parties wish to complete mediation prior to incurring the cost and burden of expert depositions. This is the parties' third extension of deadlines.

**IV.    Current and Proposed Deadlines**

|  | **Current** | **Proposed** |
|---|---|---|
| Amend Pleadings/Add Parties | **September 9, 2024** | **No change** |
| Initial Expert Disclosures | **September 9, 2024** | **No change** |
| Rebuttal Expert Disclosures | **November 15, 2024** | **No change** |
| Close of Discovery | **February 4, 2025** | **May 5, 2025** |
| Dispositive Motions | **March 7, 2025** | **June 5, 2025** |
| Joint Pretrial Order[1] | **April 8, 2025** | **July 7, 2025** |

---

[1] In the event a dispositive motion is timely filed, the date for filing the joint pre-trial order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motion, or otherwise by further Court order.

Accordingly, the parties respectfully request that the Court enter an order approving the proposed discovery schedule as set forth above. This request is made in good faith and will not cause undue delay.

DATED February 3, 2025.                                  DATED February 3, 2025.

**MAINOR ELLIS, LLP**                                    **WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/Adam Ellis*_____                  */s/Taylor Buono*_____
BRADLEY S. MAINOR, ESQ. (#7434)                          MARK SEVERINO, ESQ. (#14117)
ADAM ELLIS, ESQ. (#14514)                                TAYLOR BUONO, ESQ. (#15513)
8367 W. Flamingo Road, Suite 200                         6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89147                                      Las Vegas, NV 89119
*Attorneys for Plaintiff*                                *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
2-3-25