**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD OTIS BOYD, II,<br><br>　　Plaintiff<br><br>v.<br><br>MB PROSOUND AND STAGING, INC.,<br><br>　　Defendant | Case No.: 2:23-cv-02092-APG-MDC<br><br>**Order Rejecting Proposed Joint Pretrial Order**<br><br>[ECF No. 28] |

　　The parties' proposed Joint Pretrial Order (ECF No. 28) does not comply with Local Rule 16-3(b)(8)(B). That rule requires the parties to either agree to the admissibility at trial of, or state the grounds for objection to, each of the other party's listed exhibits. The proposed order contains no objections, but also does not stipulate to the admissibility of any exhibits. "Stipulations on admissibility, authenticity, and/or identification of documents should be made whenever possible." LR 16-3(b)(8)(B). The parties must state their objections (to each exhibit, not mere generic objections to all exhibits) or stipulate to what they can agree on, in the form set out in LR 16-4.

　　I THEREFORE ORDER that the parties' Joint Pretrial Order (**ECF No. 28) is REJECTED.** The parties shall submit a Joint Pretrial Order that complies with Local Rules 16-3 and 16-4 by July 24, 2025.

　　DATED this 8th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE