BRADLEY S. MAINOR, ESQ. (#7434)
brad@me-injury.com
ADAM ELLIS, ESQ. (#14514)
adam@me-injury.com
TAYLOR K. CALMELAT, ESQ. (#16681)
taylor@me-injury.com
**MAINOR ELLIS INJURY LAWYERS**
8367 W. Flamingo Rd., Suite 200
Las Vegas, Nevada 89147
Tel. 702-450-5000 | Fax 702-733-1106
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD OTIS BOYD II, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MB PROSOUND AND STAGING, INC., a Foreign Corporation; DOE DEFENDANTS I – XX, inclusive; DOE MB PROSOUND EMPLOYEES I – XX; and ROE CORPORATIONS I – XX, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-02092-APG-VCF<br><br>**JOINT PRETRIAL ORDER** |

After pretrial proceedings in this case, IT IS SO ORDERED:

**I.**

**A. Summary of Action**

This is a negligence case arising from personal injury Plaintiff Ronald Otis Boyd suffered on September 13, 2021 when an electric cart operated by an agent of MB Prosound and Staging, Inc. collided with Mr. Boyd inside Allegiant Stadium.

**B. Relief Sought**

Plaintiff is seeking general and special monetary damages.

**C. Contentions of the Parties**

    **a. Plaintiff's Contentions:**

Page 1 of 2

315930230v.1

Plaintiff contends that he suffered serious injuries as a result of the subject incident, which required medical treatment, and for which future medical treatment may be required. Defendants contest the nature and extent of Plaintiff's injuries.

## II.

## Statement of Jurisdiction

This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(A)(1), as the alleged value of the matter in controversy exceeds $75,000.00, and the suit is between citizens of different states.

## III.

**The following facts are admitted by the parties and require no proof:**

1. Plaintiff was injured on September 13, 2021 when an electric cart operated by an agent of MB Prosound and Staging, Inc. collided with him at Allegiant Stadium ("the Incident").

2. Defendant's employee, Robert English owed Plaintiff a duty of care.

3. Defendant's employee, Robert English's actions or inactions breached this duty of care.

4. Defendant is vicariously liable for any damages caused by the negligence of Robert English with respect to the Incident and that no action or inactions of Plaintiff contributed to the Incident.

## IV.

**The following facts, though not admitted, will not be contested at trial by evidence to the contrary:**

None.

## V.

**The following issues of fact are to be tried and determined at trial:**

The nature and extent of Plaintiff's injuries, as well as the amount of Plaintiff's past and future general and special damages.

## VI.

**The following issues of law are to be tried and determined at trial:**

315930230v.1

1       The extent to which Plaintiff's alleged injuries were casually related to the subject incident.

**VII.**

**(a)**     The following exhibits are stipulated as authentic and admitted into evidence in this case and may be so marked by the clerk:

| # | DOCUMENT | BATES |
|---|---|---|
| 1 | Liability Loss Notice | DEF002-03 |
| 2 | Community Ambulance Records | PLTF_7_0002-4 |
| 3 | UMC Records | UMC0013-99 |
| 4 | Desert Radiology Records | DR0001 |
| 5 | Las Vegas Neurosurgery, Orthopedics & Rehab Records | LVNOR0004-61 |
| 6 | Ardeshir Rohani Records | ROHANI0001-7, 9-24 |
| 7 | Desert Orthopaedic Center Records | DOC0008-38 |
| 8 | Pueblo Medical Imaging Records | PMI0006-7, 9; PLTF_11_0002-3 |
| 9 | NV Orthopedic & Spine Center Records | NOSC0010-52 |
| 10 | Specialty Surgery Center Records | SSC0005-26 |

**(b) As to the following exhibits, the party against whom the same will be offered objects to their admission on the grounds stated:**

**(1) Plaintiff's exhibits/objections:**

| # | DOCUMENT | BATES | D'S OBJECTION |
|---|---|---|---|
| 1 | Leg Injury Photo - Turf in Background | PLTF_9_0001 | FRE 403 |
| 2 | Leg Injury Photo - On Gurney | PLTF_9_0002 | FRE 403 |
| 3 | Knee Laceration | PLTF_9_0003 | FRE 403 |
| 4 | Leg Injury Sutured 1 | PLTF_9_0004 | FRE 403 |
| 5 | Leg Injury Sutured 2 | PLTF_9_0005 | FRE 403 |
| 6 | Leg Injury Sutured - Weeping | PLTF_9_0006 | FRE 403 |
| 7 | Leg Injury Sutured 3 | PLTF_9_0007 | FRE 403 |
| 8 | Leg Injury Scar | PLTF_9_0008 | FRE 403 |
| 9 | Sound Physician Bills | PLTF_2_0001-2 | Foundation (901) |
| 10 | Institute of Orthopedic Surgery Records | PLTF_12_0001-35 | Foundation (901) |
| 11 | Advanced Orthopedic Sports Medicine Records | PLTF_14_0002-3 | Foundation (901) |
| 12 | Advanced Orthopedic Sports Medicine Bills | PLTF_14_0001 | Foundation (901) |

MAINOR ELLIS, LLP
8367 W. Flamingo Road, Suite 200, Las Vegas, Nevada 89147
Phone: (702) 450-5000 | Fax: (702) 733-1106

| #  | DOCUMENT | BATES | |
|----|----------|-------|---|
| 13 | ATI Physical Therapy Records | PLTF_15_0009, 12-44 | Foundation (901) |
| 14 | ATI Physical Therapy Bills | PLTF_15_0011 | Foundation (901) |
| 15 | Community Ambulance Bills | PLTF_7_0001 | Foundation (901) |
| 16 | UMC Bills | PLTF_1_0001-2 | Foundation (901) |
| 17 | Desert Radiology Bills | PLTF_3_0001-3 | Foundation (901) |
| 18 | Don Nobis PT Bills | PLTF_5_0001-65 | Foundation (901) |
| 19 | Las Vegas Neurosurgery, Orthopedics & Rehab Bills | LVNOR0062 | Foundation (901) |
| 20 | Ardeshir Rohani Bills | PLTF_6_0010-11 | Foundation (901) |
| 21 | Desert Orthopaedic Center Bills | DOC0006, 39 | Foundation (901) |
| 22 | Pueblo Medical Imaging Bills | PMI0001, 16 | Foundation (901) |
| 23 | NV Orthopedic & Spine Center Bills | NOSC0005-9 | Foundation (901) |
| 24 | Specialty Surgery Center Bills | SSC0003-4 | Foundation (901) |

**(2) Defendant's exhibits:**

| # | DOCUMENT | BATES | P'S OBJECTION |
|---|----------|-------|---------------|
| 1 | MB Pro Sound & Staging Invoice to ESPN | DEF0001 | Relevance (401) |
| 2 | Driver's License of Robert English | DEF0080 | Relevance (401) |
| 3 | ESPN Emergency Evacuation Plan and Operations Management Plan | DEF0081-DEF0098 | Relevance (401) |
| 4 | Dr. Wang Expert Report, CV, Rate Sheet, and Testimony List | N/A | Hearsay (802) |
| 5 | Dr. Gamradt Expert Report, CV, Rate Sheet, and Testimony List | N/A | Hearsay (802) |
| 6 | Any and all response to written discovery served by Plaintiff | N/A | Hearsay (802), Foundation (901) |

**(c) Electronic evidence:**

The parties may offer Power Point images/drawings/diagrams/animations/story boards depicting the facts and circumstance of the accident, information relevant to communications between the parties, and/or deposition testimony.

**(d) Depositions:**

**(1) Plaintiff will offer the following depositions:**

Jim Cutshall: 14:19-19:8; 19:21-20:8; 21:14-21:1; 21:10-18; 21:24-22:20.

1  Robert Martinez, Jr.: 14:22-15:8; 15:25-17:15; 18:8-23.

**(2)  Defendant will offer the following depositions:**

None

**(e) Objections to depositions:**

Defendant objects to plaintiff's depositions as follows:  Defendant preserves any and all objections as stated on the record at the depositions to be offered.  Further, there is no showing of unavailability or effort to bring the witness into court.

Plaintiff objects to defendant's depositions as follows:

## VIII.

**The following witnesses may be called by the parties at trial:**

**(a) Plaintiff intends to call the following witnesses at trial:**

Plaintiff RONALD BOYD
c/o Bradley S. Mainor, Esq.
Adam Ellis, Esq.
MAINOR ELLIS, LLP
8367 W. Flamingo Road, Suite 200
Las Vegas, NV 89147
(702) 450-5000

Witness TOM MILLER
PO Box 82,
Washington, MO 63090
(619) 463-9180

Sep Bady, MD
ADVANCED ORTHOPEDICS & SPORTS MEDICINE
7195 Advanced Way
Las Vegas, NV 89113
(702) 740-5327

Don Nobis
DON NOBIS PROGRESSIVE PHYSICAL THERAPY
801 S. Rancho Drive, #F4
Las Vegas, NV 89106-3854
(702) 735-4844

Mark Kabins, MD
Treating Provider(s)
LAS VEGAS NEUROSURGERY, ORTHOPAEDICS & REHABILITATION

MAINOR ELLIS, LLP
8367 W. Flamingo Road, Suite 200, Las Vegas, Nevada 89147
Phone: (702) 450-5000 | Fax: (702) 733-1106

501 S. Rancho Drive, I-67
Las Vegas, NV 89106-4862
(702) 243-4700

Ardeshir Rohani, MD
ARDESHIR ROHANI, M.D.
3824 S. Jones Blvd., Suite A
Las Vegas, Nevada 89103
(702) 463-3000

Craig Tingey, MD
DESERT ORTHOPAEDIC CENTER
8689 W. Charleston Road, Suite 105
Las Vegas, NV 89117
(702) 731-1616

Edward S. Ashman, MD
NEVADA ORTHOPEDIC & SPINE CENTER
7455 W. Washington, Suite 160
Las Vegas, NV 89128-4356
(702) 966-1599

Plaintiff reserves the right to call any witnesses identified in Defendant's witness list;

**(b) Defendant intends to call the following witnesses at trial:**

Plaintiff RONALD BOYD
c/o Bradley S. Mainor, Esq.
Adam Ellis, Esq.
MAINOR ELLIS, LLP
8367 W. Flamingo Road, Suite 200
Las Vegas, NV 89147
(702) 450-5000

Witness TOM MILLER
PO Box 82,
Washington, MO 63090
(619) 463-9180

Sep Bady, MD
ADVANCED ORTHOPEDICS & SPORTS MEDICINE
7195 Advanced Way
Las Vegas, NV 89113
(702) 740-5327

Don Nobis
DON NOBIS PROGRESSIVE PHYSICAL THERAPY
801 S. Rancho Drive, #F4

Page 6 of 7

315930230v.1

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   | Las Vegas, NV 89106-3854                                        |
|     | (702) 735-4844                                                  |
| 2   |                                                                 |
|     | Mark Kabins, MD                                                 |
| 3   | LAS VEGAS NEUROSURGERY, ORTHOPAEDICS & REHABILITATION           |
| 4   | 501 S. Rancho Drive, I-67                                       |
|     | Las Vegas, NV 89106-4862                                        |
| 5   | (702) 243-4700                                                  |

1   Las Vegas, NV 89106-3854
    (702) 735-4844
2
    Mark Kabins, MD
3   LAS VEGAS NEUROSURGERY, ORTHOPAEDICS & REHABILITATION
4   501 S. Rancho Drive, I-67
    Las Vegas, NV 89106-4862
5   (702) 243-4700

6   Ardeshir Rohani, MD
    ARDESHIR ROHANI, M.D.
7   3824 S. Jones Blvd., Suite A
    Las Vegas, Nevada 89103
8   (702) 463-3000

9   Craig Tingey, MD
    DESERT ORTHOPAEDIC CENTER
10  8689 W. Charleston Road, Suite 105
    Las Vegas, NV 89117
11  (702) 731-1616

12  Edward S. Ashman, MD
13  NEVADA ORTHOPEDIC & SPINE CENTER
    7455 W. Washington, Suite 160
14  Las Vegas, NV 89128-4356
    (702) 966-1599
15
    Corporate Designee, MB PROSOUND AND STAGING, INC
16  c/o Mark C. Severino, Esq. and Tania Bonilla, Esq.
    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
17  6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, NV 89119
18

19  Jim Cutshall
    Address Unknown
20  Phone Number: (314) 308-7525

21
    Robert English,
22  c/o Mark C. Severino, Esq. and Tania Bonilla, Esq.
    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
23  6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, NV 89119
24  Phone Number (727) 807-1130

25
    Richard J. Martinez Sr.
26  MB PROSOUND & STAGING
    c/o Mark C. Severino, Esq. and Tania Bonilla, Esq.
27
28

MAINOR ELLIS, LLP
8367 W. Flamingo Road, Suite 200, Las Vegas, Nevada 89147
Phone: (702) 450-5000 | Fax: (702) 733-1106

315930230v.1

|   |   |
|---|---|
| 1 | Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| 2 | 6689 Las Vegas Blvd. South, Suite 200 |
|   | Las Vegas, NV 89119 |
| 3 | Phone Number (727) 807-1130 |

FRCP 30(b)(6) and/or Custodian of Records of COMMUNITY AMBULANCE
91 Corporate Park Drive, Suite 120,
Henderson, NV 89012

FRCP 30(b)(6) and/or Custodian of Records of UNIVERSITY MEDICAL CENTER
1800 W. Charleston Blvd.
Las Vegas, NV 89102

FRCP 30(b)(6) and/or Custodian of Records of SOUND PHYSICIANS EMERGENCY MEDICINE
PO Box 748996
Los Angeles, CA 90074

FRCP 30(b)(6) and/or Custodian of Records of DESERT RADIOLOGY SOLUTIONS
PO Box 841645
Los Angeles, CA 90084

FRCP 30(b)(6) and/or Custodian of Records of PUEBLO MEDICAL IMAGING
100 n. Green Valley Parkway, Ste. 150
Henderson, NV 89074

Jeffrey C. Wang, M.D.
Chief, Orthopaedic Spine Service
Co-Director USC Spine Center
Professor of Orthopaedic Surgery and Neurosurgery
USC Spine Center
1450 San Pablo St., Suite 5400
Los Angeles, CA 90033
Phone: (323) 442-5303

Seth Gamradt, MD
Associate Professor of Clinical Orthopaedic Surgery
Director of Orthopaedic Athletic Medicine
University of Southern California
Keck Medicine of USC
1520 San Pablo Street, Suite 2000
Los Angeles, CA 90033
Phone: (323) 442-5739

/ / /

315930230v.1

**IX.**

**The parties jointly offer the following trial dates:**

November 3-7, 2025; November 10-14, 2025.

**X.**

It is expressly understood by the undersigned that the court will set the trial of this matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the court's calendar.

The parties estimate that trial will take a total of 4 days, including jury selection.

**APPROVED AS TO FORM AND CONTENT:**

DATED July 23, 2025

**MAINOR ELLIS, LLP**

*/s/ Adam Ellis*
BRADLEY S. MAINOR, ESQ. (#7434)
ADAM ELLIS, ESQ. (#14514)
8367 W. Flamingo Road, Suite 200
Las Vegas, NV 89147
*Attorneys for Plaintiff*

DATED July 23, 2025

**WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Mark Severino*
MARK SEVERINO, ESQ. (#14117)
TANIA BONILLA, ESQ. (#15703)
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant*

315930230v.1

## XI.

## ACTION BY THE COURT

This case is set for jury trial on the November 17, 2025 at 9:00 a.m. trial stack. Calendar call will be held on November 12, 2025 at 9:00 a.m. All in courtroom 6C.

This pretrial order has been approved by the parties to this action as evidenced by their signatures or the signatures of their attorneys hereon, and the order is hereby entered and will govern the trial of this case. This order may not be amended except by court order and based upon the parties' agreement or to prevent manifest injustice.

DATED: July 24, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

315930230v.1