1  Mark C. Severino, Esq.
   Nevada Bar No. 14117
2  Tania G. Bonilla, Esq.
   Nevada Bar No. 15703
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, NV 89119
5  Telephone: 702.727.1400
   Facsimile: 702.727.1401
6  Mark.Severino@wilsonelser.com
   Tania.Bonilla @wilsonelser.com
7  *Attorneys for Defendant*
   *MB Prosound and Staging, Inc.*
8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10

11 | RONALD OTIS BOYD II, an individual; | Case No. 2:23-cv-02092-APG-MDC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE CASE WITH PREJUDICE** |
| MB PROSOUND AND STAGING, INC., a Foreign Corporation; DOE DEFENDANTS I – XX, inclusive; DOE MB PROSOUND EMPLOYEES I – XX; and ROE CORPORATIONS I – XX, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between MB PROSOUND AND STAGING, INC. by and through its counsel of record, Mark C. Severino, Esq., and Tania G. Bonilla, Esq., of the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP, and Plaintiff RONALD OTIS BOYD II, by and through his counsel of record, Adam Ellis, Esq. of Mainor Ellis Injury Lawyers, that the entire case is dismissed with prejudice, each party bearing its own fees and costs.

1

Dated this 9th day of October 2025.

By: /s/ Mark Severino, Esq.
**MARK C. SEVERINO, ESQ.**
Nevada Bar No. 14117
**TANIA G. BONILLA, ESQ.**
Nevada Bar No. 15703
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant Southwest*

Dated this 9th day of October, 2025.

By: /s/ Adam Ellis, Esq.
**ADAM ELLIS, ESQ**.
Nevada Bar No. 14514
**MAINOR ELLIS, LLP**
8367 W. Flamingo Road, Suite 200
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated: October 13, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE